UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY CHINCHILLA,<br><br>                    Plaintiff(s),<br><br>v.<br><br>NEW YORK CITY POLICE DEPARTMENT,<br><br>                    Defendant(s). | 23 Civ. 8986 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On December 12, 2023, the parties filed a proposed case management plan and on December 14, 2023, the parties filed a joint status letter in advance of the initial pre-trial conference scheduled for December 20, 2023. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: December 15, 2023
       New York, New York

                                                        _____
                                                        DALE E. HO
                                                        United States District Judge