UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY CHINCHILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW YORK CITY POLICE DEPARTMENT, et al.,<br><br>        Defendants. | 23 Civ. 8986 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On December 29, 2023, Defendants filed a motion to dismiss the Complaint.  *See* ECF No. 18.  On January 25, 2024, Plaintiff filed the First Amended Complaint (the "FAC").  *See* ECF No. 25.  On February 29, 2024, Defendants filed a motion to dismiss the FAC.  *See* ECF No. 29.  Under the default briefing schedules set in Local Civil Rule 6.1(a), Plaintiff's opposition was due on March 14, 2024.  No such opposition was filed.

  It is hereby **ORDERED** that Plaintiff shall file any opposition to Defendants' motion by **March 22, 2024.**  Defendants shall file their reply by **March 29, 2024.**

  It is further **ORDERED** that Defendants' motion to dismiss the Complaint is **DENIED** as moot, in light of the filing of the FAC.

  The Clerk of Court is respectfully directed to close the motion at ECF No. 18.

  SO ORDERED.

Dated: March 15, 2024
    New York, New York

                        DALE E. HO
                     United States District Judge