# Office of Equity and Inclusion
## Equal Employment Opportunity Division
Reasonable Accommodation Request, Cooperative Dialogue and Outcome Form

**Date Received:** 11/11/21

| Name of Applicant/Employee: | Cmd: | Tax # | RA # |
|---|---|---|---|
| PO CHINCHILLA-BURROUGHS, NANCY | PA | [redacted] | 2021-139 |

**Method of Filing:** ☐ In Person ☐ Phone ☐ Fax ☐ Mail ☑ E-mail

**Investigator:** P.O. KEITH CATTONAR

### DOCUMENTATION OF STEPS TAKEN TO CONSIDER REQUEST

| Date | Comments |
|---|---|
| 11/11/21 | RA application received |
| 11/11/21 | RA application reviewed |
| 11/11/21 | Supporting document reviewed |
| 11/11/21 | Sent for review |
| 11/11/21 | Received final determination (Denied) |

### RESOLUTION

☐ **Granted**
Date: ___

**Type of Accommodation Granted:**
☐ As Requested
☐ Different from what was requested (Please provide specifics-Attach additional sheets as needed.)

☑ **Denied**
☐ Withdrawn
Date: 11/11/21

**Reason for Denial/Withdrawal:** INSUFFICENT RELIGIOUS REASONING

**Investigator:** P.O. KEITH CATTONAR  Date: 11/11/21
**Reviewed by:** DIRECTOR MICHAEL MELOCOWSKY  Date: 11/11/21

Date when letter granting or denying the requested accommodation was sent to employee or applicant:
Date: ___

EEOD 10/2019

DEFS000002