Respondents' Exhibit A

| Case Number | Subject | Edited By | Field / Event | Old Value | New Value | Edit Date | Agency Vote Outcome | Initial R/A Submitted? | Case Owner | Date/Time Opened | Age | Open | Closed | Agency | Nature of Accommodation | Law Department Vote | COIB Vote | DCAS Vote | DOHMH Vote | Status | Service Request Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00008135 | Religious Appeal submitted for Timothy Rocci | Hide Token | Status | Draft | Submitted | 1/14/2022, 10:39 AM | | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Hide Token | Agency Document Upload Status | | Document Upload Complete | 1/14/2022, 10:40 AM | | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Hide Token | Status | Submitted | Pending Voting Agency Review | 1/14/2022, 10:40 AM | | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | David Rosen | COIB Comments | | Employer Undue Hardship. | 1/14/2022, 2:11 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | David Rosen | COIB Vote | | Reject | 1/14/2022, 2:11 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Seth Kramer | Law Department Comments | | Properly denied as undue hardship, otherwise states sincere religious objection opposing all vaccines. | 1/18/2022, 10:44 AM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Seth Kramer | Law Department Vote | | Reject | 1/18/2022, 10:44 AM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Silvia Montalban | DCAS Comments | | Affirming agency determination and undue hardship basis | 2/16/2022, 12:53 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Silvia Montalban | DCAS Vote | | Reject | 2/16/2022, 12:53 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Silvia Montalban | Status | Pending Voting Agency Review | Pending Panel Review | 2/16/2022, 12:53 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |
| 00008135 | Religious Appeal submitted for Timothy Rocci | Sanford Cohen | Status | Pending Panel Review | Denied | 2/23/2022, 2:05 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 1/14/2022, 10:36 AM | 53489 | FALSE | TRUE | Fire | Religious | Reject | Reject | Reject | Reject | Denied | 9x9f4a22 | trocci@gmail.com |