

# Chinchilla - Discovery

3 messages

---

**Christina Martinez** <christinamartinezesq@gmail.com>       Mon, Aug 12, 2024 at 11:57 AM
To: "Sukonnik, Marina (LAW)" <msukonni@law.nyc.gov>

Hi Marina:

In light of the Judge's recent decision, please find attached executed protective order. Can you get me the citywide panel voting spreadsheet first thing? I need to notice the deposition of someone from the citywide panel in light of the judge's decision on Eichenholtz.

Were you able to confirm a date for Jordan Farnham?

Thank you,

Christina Martinez, Esq.
The Law Offices of Christina M. Martinez
245 Bricktown Way, Suite J
Staten Island NY 10309
T: (347) 215-4543
F: (718) 556-2007

CONFIDENTIALITY NOTICE: This email is privileged and confidential. It is for the sole use of its intended recipient(s), and unauthorized use or disclosure is expressly prohibited. If you are not the addressee or believe that you have received this email in error or without authorization, please notify the sender immediately and delete it from your system.

📄 **Signed Chinchilla Protective Order .pdf**
261K

---

**Sukonnik, Marina (LAW)** <msukonni@law.nyc.gov>       Mon, Aug 12, 2024 at 12:46 PM
To: Christina Martinez <christinamartinezesq@gmail.com>

Hi Christina,

Jordan is available on Wednesday this week. Regarding the Citywide Panel spreadsheet, we object to its production. It has no bearing on the Failure to Accommodate Claim.

Thank you very much,

Marina

**Marina Sukonnik**

Assistant Corporation Counsel

Labor & Employment Law Division

New York City Law Department

100 Church Street

New York, NY 10007

P: (212) 356-4015



CONFIDENTIALITY NOTICE:  This email message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive messages through this medium, please so advise the sender immediately.

---

**From:** Christina Martinez <christinamartinezesq@gmail.com>
**Sent:** Monday, August 12, 2024 11:57 AM
**To:** Sukonnik, Marina (LAW) <msukonni@law.nyc.gov>
**Subject:** [EXTERNAL] Chinchilla - Discovery

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

[Quoted text hidden]

---

**Christina Martinez** <christinamartinezesq@gmail.com>                            Mon, Aug 12, 2024 at 2:28 PM
To: "Sukonnik, Marina (LAW)" <msukonni@law.nyc.gov>

First of all, you already agreed to produce the Citywide Panel Voting Spreadsheet at our May 17 Meet and Confer which was confirmed by e-mail. (See your emails to me on May 27 and June 21).  More importantly, you represented to Judge Ho on May 20, that Defendants agreed to produce the spreadsheet and that you advised me of such at our Meet and Confer. ECF Doc. No. 41. Second, I requested this on January 19 and you did not object based on relevancy nor did you make any objections at all to this demand. (*See* Document Request No. 1, all records maintained by the citywide panel concerning Plaintiff's accommodation request). Third, the Judge himself ordered that we could file a stipulated protective order "*so as to allow for the production of the citywide spreadsheet"* on May 23. Fourth, I am not sure how you believe the identity of the decision makers of Chinchilla's reasonable accommodation request is not relevant in a failure to accommodate action. Or the contemporaneous reasons for the denial by the very individuals who made the final determination on her reasonable accommodation request. Fifth, how am I supposed to identify the lower level official on the Citywide Panel to depose if you will not give me the identity of these City Panel decision makers as indicated on this spreadsheet? Sixth, the City routinely produces this spreadsheet in every federal action I have pending. You are the only corporation counsel that is now (suddenly) refusing to produce it.

I am going to have to go back to the judge over this. I am not sure why you are making discovery such a painful process but this is getting out of hand.
[Quoted text hidden]