UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY CHINCHILLA,

                    Plaintiff,

            v.

NEW YORK CITY POLICE DEPARTMENT, et al.,

                    Defendants.

23-CV-8986 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

On August 19, and August 20, 2024, Plaintiff filed motions for sanctions and requested the Court's intervention in deciding the parties' outstanding discovery disputes. *See* ECF Nos. 52, 53. The parties met before the Court on September 4, 2024. *See* Sept. 4, 2024, Min. Entry.

As discussed on the record before the Court, the following requests are **moot**, as they have been resolved between the two parties:

- Plaintiff's request for documents regarding Plaintiff's request for religious accommodations;

- Plaintiff's request for documents regarding the use of aborted fetal cell lines;

- Plaintiff's request regarding complaints alleging religious discrimination against the NYPD employees who decided Plaintiff's accommodation requests; and

- Plaintiff's request regarding the physical folder and electronic file in Defendants' possession.

Also as discussed on the record before the Court, it is hereby **ORDERED** as follows:

- With respect to Plaintiff's request for documents regarding Defendants' policies as to religious accommodations, Defendants shall promptly apply the agreed-upon search terms to documents from **three custodians**: Jordan Farnham (NYPD) and two individuals on the Citywide Panel, as agreed upon by the parties.

- - Following Defendants' production, and by no later than **September 11, 2024**, the parties shall meet and confer **in good faith** to discuss the matter. If necessary, the parties will further narrow the list of custodians and/or search terms.

- Defendants shall produce the most recent data report tracking religious accommodation requests by **September 18, 2024**.

- Defendants shall produce the list of titles, rank, and command of individuals whose religious accommodation requests were granted by **September 18, 2024**.

- The parties dispute whether the Citywide Panel voting spreadsheet should be designated as confidential. They are ordered to further brief the matter, pursuant to the following briefing schedule:

  - By **September 11, 2024**, Plaintiff shall file a letter of no more than **three (3) pages** explaining why the spreadsheet should not be designated as confidential.

  - By **September 18, 2024**, Defendant shall file a response of no more than **three (3) pages** to Plaintiff's letter.

- The parties shall file a joint status letter by **September 18, 2024**.

  - If the parties are unable to agree upon the list of custodians and/or search terms, the letter shall set forth their respective positions on the matter, specifying precisely which search terms and/or custodians are in dispute.

  - If Defendants are unable to produce any of the above-listed items, Defendants shall provide a detailed explanation in the letter.

- In light of the pending discovery disputes, the Court hereby **adjourns** the discovery deadline to **October 15, 2024**. The parties are advised that this deadline is highly unlikely to be extended any further, absent a showing of extraordinary cause.

The Court reserves judgment on Plaintiff's request for sanctions. The parties are reminded of their obligation to meet-and-confer **in good faith** prior to bringing discovery disputes to the Court's attention. *See* Individual R. 4(k).

SO ORDERED.

Dated: September 5, 2024
New York, New York

_____
DALE E. HO
United States District Judge