UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mary Chinchilla,<br><br>                              Plaintiff,<br><br>v.<br><br>New York City Police Department, et al.,<br><br>                              Defendants. | 23 Civ. 8986 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On September 4, 2024, a conference was held regarding several discovery disputes in this matter. The following day, this Court issued an Order requiring the parties to file a joint status letter by September 18, 2024. *See* ECF No. 58. No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **September 24, 2024.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

_____
DALE E. HO
United States District Judge
Dated: September 20, 2024
New York, New York