UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY CHINCHILLA,<br><br>               Plaintiff,<br><br>    v.<br><br>NEW YORK CITY POLICE DEPARTMENT ET AL.,<br><br>               Defendants. | 23-CV-8986 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 16, 2024, due to unforeseen circumstances, this Court adjourned a scheduled post-discovery conference in this case. Parties are advised that this conference has been rescheduled for **October 21, 2024**, **at 2:00 P.M. EST**. Parties shall dial into the conference at +1 646-453-4442 and enter conference ID 508 384 974 followed by the pound (#) sign.

    SO ORDERED.

Dated: October 17, 2024
       New York, New York

                                                           DALE E. HO
                                                United States District Judge