



**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Marina Sukonnik**
Labor and Employment Law Division
phone: (212)-356-4015
email: msukonni@law.nyc.gov

Wednesday, January 15, 2025

<u>**Via ECF**</u>
Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:blue">Application GRANTED IN PART. The parties shall adhere to the briefing schedule set forth below. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 90.</span>

<span style="color:blue">Dated: January 24, 2025
New York, New York</span>

<span style="color:blue">Dale E. Ho
United States District Judge</span>

Re: <u>Chinchilla v. City of New York, et al.,</u>
Civil Action No.: 1:23-cv-08986-DEH

Dear Judge Ho:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent the City of New York ("Defendant") in the above-referenced matter. I write jointly, on behalf of both parties, to respectfully request a thirty-day extension of the deadlines set forth in the briefing schedule so-ordered by the Court on November 19, 2024. *See* ECF Dkt. No. 89. This is the first request for this relief.

This extension is requested in light of the parties' heavy caseloads, including multiple federal and state actions that are currently in discovery and in motion practice. Additionally, the transcript of the last deposition in this matter, which was taken on December 17, 2024, was delivered to the parties on January 10, 2025, and the parties need additional time to review and finalize it.

Accordingly, the parties respectfully request that the Court endorse the following revised schedule:

| Defendant | Motion for Summary Judgment | ~~February 20, 2025~~ <span style="color:blue">March 3, 2025</span> | 20 pages |
|---|---|---|---|
| Defendant | Opposition/Reply | ~~March 20, 2025~~ <span style="color:blue">April 4, 2025</span> | 15 pages |
| Plaintiff | Motion for Summary Judgment | ~~February 20, 2025~~ <span style="color:blue">March 3, 2025</span> | 20 pages |
| Plaintiff | Opposition/Reply | ~~March 20, 2025~~ <span style="color:blue">April 4, 2025</span> | 15 pages |

We thank the Court for its consideration of these requests.

Respectfully submitted,

/s/_____

Marina Sukonnik
Assistant Corporation Counsel

CC: Christina Martinez Esq., by ECF & Email