UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

NANCY CHINCHILLA,

Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT AND CITY OF NEW YORK[1],

Defendants.

----------------------------------------------------------------------X

**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

No. 1:23-cv-08986-DEH

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Assistant Corporation Marina Sukonnik, dated March 3, 2025, and the exhibits annexed thereto, the accompanying Local Rule 56.1 Statement of Material Undisputed Facts, and the accompanying Memorandum of Law in Support of and Defendant's Motion for Summary Judgment, dated March 3, 2025, and upon all the papers and proceedings previously had herein, Defendant, the City of New York ("Defendant") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl St, New York, New York 10007, before the Honorable Judge Dale E. Ho, United States District Judge, at a date and time to be set by the Court, for a judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant complete summary judgment and dismissing all claims in this action.

Dated: New York, New York
March 3, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York

[1] The NYPD was dismissed from this action on July 12, 2024. *See* ECF Dkt. No. 47.

Attorney for Defendant
100 Church Street, 2-108
New York, New York 10007
(212) 356-4015

By: /s/ Marina Sukonnik
Marina Sukonnik
Assistant Corporation Counsel
msukonni@law.nyc.gov