UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chinchilla,

                    Plaintiff(s),

          v.

New York City Police Dep't et al.,

                    Defendant(s).

23-CV-8986 (DEH)

ORDER

DALE E. HO, United States District Judge:

On March 3, 2025, Plaintiff and Defendants filed cross-motions for summary judgment.

The parties are **ORDERED** to appear before the Court for a conference on **February 25, 2026** at

**2:30 P.M.**  The conference will be held via Microsoft Teams.  The parties should dial in by

calling (646) 453-4442 and entering the Phone Conference ID: 537 430 885, followed by the

pound (#) sign.

SO ORDERED.

Dated: February 12, 2026
       New York, New York

_____
          DALE E. HO
     United States District Judge