UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chinchilla,<br><br>                              Plaintiff(s),<br><br>                    v.<br><br> New York City Police Department et al.,<br><br>                              Defendant(s). | |

23-CV-8986 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated on the record in a hearing held on February 25, 2026, the cross-motions for summary judgment, ECF Nos. 94 & 98, are **DENIED**.  Within 7 days of this Order, the parties are directed to meet and confer to discuss next steps in the litigation, and the parties shall file a joint letter within 14 days of this Order appraising the Court of their position on a referral for settlement, estimated length of trial, whether there is a jury demand, and availability for trial in July, August, and/or October, 2026.

The Clerk of Court is respectfully directed to terminate ECF Nos. 94 and 98.

SO ORDERED.

Dated: February 25, 2026
          New York, New York

_____
          DALE E. HO
United States District Judge