THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Marina Sukonnik**
Labor and Employment Law Division
phone: (212)-356-4015
email: msukonni@law.nyc.gov

Tuesday, March 10, 2026

**Via ECF**
Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Chinchilla v. City of New York, et al.,
Civil Action No.: 1:23-cv-08986-DEH

Dear Judge Ho:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent the City of New York and the New York City Police Department (collectively, "Defendants") in the above-referenced matter. The parties write to update the Court in accordance with Your Honor's February 25, 2026 Order to file a joint status letter within 14 days of this Order appraising the Court of their position on a referral for settlement, estimated length of trial, whether there is a jury demand, and availability for trial in July, August, and/or October, 2026. *See* Civil Docket Entry No. 114.

Per the Court's February 25, 2026 Order, the parties met and conferred on February 27, 2026. The parties respectfully request referral to a settlement conference before the assigned magistrate judge, Magistrate Judge Henry J. Ricardo, to assist with their efforts to resolve this matter and avoid trial. The parties are available for trial on October 26, 2026, and they estimate that the trial will take approximately ten days. The parties are requesting a jury trial.

Respectfully submitted,

/s/ *Marina Sukonnik*
Marina Sukonnik
Assistant Corporation Counsel

cc: Christina Martinez Esq., by ECF