UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY CHINCHILLA,

               Plaintiff,

      -v-

NEW YORK CITY POLICE DEPARTMENT, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

**ORDER**

23-CV-8986 (DEH)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated March 11, 2026, this case was referred to the undersigned for settlement.  ECF No. 116.

A conference is scheduled on **March 31, 2026,** at **2:30 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 874 077 838#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: March 12, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge