UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY CHINCHILLA,

                Plaintiff,

        -v-

NEW YORK CITY POLICE DEPARTMENT, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/19/2026

**ORDER**

23-CV-8986 (DEH)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated March 18, 2026, Defendant requested that the March 31, 2025 pre-settlement conference be adjourned, with Plaintiff's consent.  ECF No. 122.  The adjournment request is **GRANTED**.

The March 31 conference is rescheduled to **April 6, 2026,** at **3:00 p.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 874 077 838#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: March 19, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge